No. 15-3198

———————

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

ANDREW PAUL LEONARD,
*Appellee*,

v.

STEMTECH INTERNATIONAL, INC., STEMTECH HEALTHSCIENCES, INC.,

*Appellants*.

———————

On Appeal from the United States District Court
For the District of Delaware, Consolidated Case 1:08-cv-00067-LPS
(Honorable Leonard P. Stark)

———————

**APPELLANTS' MOTION FOR PERMISSION TO FILE AN OPENING BRIEF IN EXCESS OF FRAP 32(a)(7)'S LIMITATIONS**

———————

HOLLINSLAW ATTORNEYS

Kathleen Mary Kushi Carter
Christine R. Arnold
2601 Main Street, Penthouse Suite 1300
Irvine, California 92614
Telephone: 714.558.9119
Facsimile: 714.558.9091

**CASARINO CHRISTMAN SHALK RANSOM & DOSS, P.A.**
Thomas P. Leff
405 North King Street, Suite 300
Wilmington, DE 19899-1276
Telephone: (302) 594-4500
Facsimile: (302) 594-4509

Attorneys for Appellants
Stemtech International, Inc. and Stemtech HealthSciences, Inc.

Dated: December 16, 2015

Appellants Stemtech HealthSciences, Inc. and Stemtech International, Inc. ("Stemtech") hereby respectfully request that this Court permit them to file an Opening Brief that exceeds the 30-page limitation and 14,000 type-volume limitation set forth in Fed. R. App. P. 32(a)(7)(A) and (B) for the following reasons:

1. This case is a consolidated copyright matter that involves a host of issues, many of which are complex and require a detailed explanation and thorough analysis of a large portion of the record. With respect to *Leonard I*, the first case Appellee Andrew Paul Leonard filed against Stemtech, the trial of this matter involved claims of direct, contributory and vicarious infringement and resulted in a $1.6 million verdict in Leonard's favor relating to 92 allegedly distinct infringements. Unfortunately, what occurred during trial and the jury's resulting verdict raise numerous appellate issues, all of which were initially addressed through Stemtech's unsuccessful Motion for New Trial. The issues are so extensive that the district court granted Stemtech's request to exceed the page limitations applicable to its Motion for New Trial and increased that page limitation by 50%, from a 20-page to a 30-page brief.

2. In addition to appealing all of the issues that were raised in Stemtech's Motion for New Trial, Stemtech must also appeal the district court's denial of that motion. Furthermore, it appeals the district court's denial of Stemtech's Motion for Attorneys' Fees in *Leonard II*, Leonard's second case against Stemtech that

1

Stemtech defeated on summary judgment. Finally, Stemtech appeals the district court's partial grant of Leonard's Motion for Costs and Attorneys' Fees Pursuant to FRCP 37.

3. As currently drafted, Stemtech's Opening Brief is 81 pages and 20,876 words, although 3,166 of these words are legal or evidentiary citations. Thus, if these citations are excluded from the word count, Stemtech's Opening Brief is 17,710 words.

4. The length of Stemtech's Opening Brief is attributable to the fact that there are multiple meritorious issues touching upon independent claims of error that must be raised on Stemtech's behalf. Specifically, there are eight (8) issues on appeal. Along with the three (3) identified above, Stemtech also appeals whether there was sufficient evidence to support the jury's vicarious and contributory copyright infringement claims against Stemtech, whether the jury's verdict was constitutionally and/or grossly excessive, whether misconduct entitles Stemtech to a new trial and whether substantial error occurred in the district court's admission of evidence, including the damages opinion of Leonard's expert, Jeff Sedlik. Within these eight (8) issues are fifteen (15) subsections

5. Because the facts and legal issues are complex and cover myriad pre-trial, trial and post-trial rulings and/or conduct, the Statement of Facts is relatively lengthy, covering approximately nine (9) pages and 2,180 words, including evidentiary citations.

6. Similarly, since different standards of review apply to the many separate issues, this section is approximately three (3) pages and 747 words, including legal citations.

7. As for the eight (8) issues on appeal, many of them are highly fact-specific and require multiple citations to the record, such as the claims of misconduct and the prejudicial effect of the numerous evidentiary errors, since the effect of this conduct must be considered based upon the totality of the circumstances.

8. To give this Court a better idea of the number of pages and words devoted to each section, below is a graph delineating such information:

| Section Title | No. of Subsections | No. of Pages | Word Count | Word Count w/o Citations |
|---|---|---|---|---|
| Introduction | 0 | <2 | 441 | 441 |
| Statement of Subject Matter and Appellate Jurisdiction | 0 | 0.5 | 130 | 117 |
| Statement of Issues | 0 | 1 | 237 | 114 |
| Statement of Related Cases | 0 | <0.5 | 58 | 58 |
| Statement of the Case | 8 | 9 | 2,180 | 1,799 |
| Summary of Argument | 0 | 1.5 | 331 | 331 |
| Standards of Review | 6 | 3 | 747 | 570 |
| Argument | 23 | 63 | 16,667 | 14,195 |
| Conclusion | 0 | <0.5 | 85 | 85 |

///

///

///

9. In conclusion, given the numerous complex issues to be addressed in this consolidated matter, Stemtech respectfully requests permission to file an Opening Brief that contains up to 21,000 words and 81 pages.

Dated: December 16, 2015

Respectfully submitted,

 /s/ Kathleen Mary Kushi Carter
Kathleen Mary Kushi Carter
Christine R. Arnold
Hollins Law
2601 Main Street, Penthouse Suite 1300
Irvine, California 92614-4239
Telephone: (714) 558-9119
Facsimile: (714) 558-9091

 /s/ Thomas P. Leff
Casarino Christman Shalk Ransom & Doss, P.A.
405 North King Street, Suite 300
Wilmington, Delaware 19899
Telephone: (302) 594-4500
Facsimile: (302) 594-4509